IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., §<br>PLAINTIFF, §<br>§<br>V. §<br>§<br>ALLURE JAZZ & CIGARS, LLC, §<br>ET AL., §<br>DEFENDANTS. § | CASE NO. 3:22-CV-514-E |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Plaintiff, Joe Hand Promotions, Inc.'s Opposed Motion for Default Judgment Against Defendant, Pride 37 LLC and Supporting Brief*, (ECF No. 34), is **GRANTED**. Plaintiff is awarded $33,372.00 ($5,000.00 in statutory damages; $25,000.00 in additional damages; $2,925.00 in attorneys' fees; and $447.00 in court costs), which will bear interest at the applicable federal legal rate from the date of entry of the judgment until it is paid in full.

**SO ORDERED** this 12th day of September, 2024.

Ada Brown
UNITED STATES DISTRICT JUDGE