IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:22-CV-514-E (BK) |
| § | |
| ALLURE JAZZ & CIGARS, LLC § | |
| ET AL., § | |
| DEFENDANTS. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Plaintiff, Joe Hand Promotions, Inc.'s Motion for Summary Judgment Against Defendant, Kevin Courtney*, (ECF No. 63), is **GRANTED**. Plaintiff is awarded $30,000.00 in damages ($5,000.00 in statutory damages and $25,000.00 in additional damages), to be paid jointly and severally with co-Defendants. Courtney is also ordered to pay $6,627.50 in fees and costs ($6,532.50 in attorneys' fees and $95.00 in court costs). Additionally, the judgment will bear interest at the applicable federal legal rate from the date of entry of the judgment until paid in full.

**SO ORDERED** this 23rd day of June, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE