**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 3:22-CV-0514-O** |
| | § | |
| **ALLURE JAZZ & CIGARS, LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

The Joint Agreed Motion for Judgment on the Pleadings, ECF No. 87, is **GRANTED** to the extent that: (1) the claims by and between Plaintiff, Joe Hand Promotions, Inc., and Defendant Christopher Johnson a/k/a Chris Johnson are **DISMISSED WITH PREJUDICE**, and (2) the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge as to Defendant Allure Jazz & Cigars, LLC, d/b/a Allure Jazz and Cigar Lounge and d/b/a Allure Jazz & Cigars, ECF No. 70. Judgments in favor of Plaintiff against Defendants Pride 37 LLC and Kevin Courtney have already been made final. ECF Nos. 45 & 81.

**SO ORDERED** on this **7th day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE